STATE OF NEW JERSEY v. NORRIS WILLIAMS.

December 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT WATKINS.

December 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ERIC T. HOLLOWAY.

December 16, 1982.

Petition for certification denied.

LILLIAN SULLIVAN v. EUGENE R. SULLIVAN.

December 16, 1982.

Petition for certification denied.

JOHN C. LOTT v. PRINCE CARPENTRY, INC.

December 16, 1982.

Petition for certification denied.